UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAWN EVANS, YVELLY MCNALLY, DAYUANA MONTEAGUDO, KAYLA MCQUEEN, SAMANTHA BLOCKER, ALEXIS CHRISTIAN, NORMA FERREIRA, CHAYENNE DESOUZA, ASHLYN METCALF, AUTUMN GULLICK and TANIYA DOZIER,

    Plaintiffs,
v.

ENTERTAINMENT 2851 LLC, MICHAEL TOMKOVICH, DOES 1 THROUGH 10, INCLUSIVE and EMPEROR'S TAMPA, INC.,

    Defendants.
_____/

Case No: 8:23-cv-498-WFJ-SPF

# O R D E R

The Court has been advised by **the Mediation Report (Dkt. 82)** that the above-styled action has been successfully mediated. Because this action is brought pursuant to the FLSA, the Court must approve the settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). It is therefore **ORDERED** that the parties must file a Joint Motion for court approval of the signed, settlement agreement and attach the settlement agreement as an exhibit to the motion. The motion must be filed within thirty (30) days.

    **DONE** and **ORDERED** in Tampa, Florida on June 6, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record